**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2075

GERALD HENNEGHAN,

              Plaintiff - Appellant,

        v.

JONATHAN ROACH; KRISTINE ROACH, a/k/a Krissy Roach, a/k/a Joy
Roach; FEDEX CORPORATION; FEDEX OFFICE,

              Defendants – Appellees,

        and

FREDERICK W. SMITH, Chief Executive Officer, FEDEX Corporation;
BRIAN D. PHILLIPS, Chief Executive Officer, FEDEX Corporation;
JOY ROACH,

              Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M.  Brinkema,
District Judge. (1:11-cv-00247-LMB-JFA)

Submitted:  February 16, 2012       Decided:  February 21, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald Henneghan, Appellant Pro Se.  Joleen Okun, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Washington, D.C.; Julia Bougie Judkins, BANCROFT, MCGAVIN, HORVATH & JUDKINS, PC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Henneghan appeals the district court's orders dismissing his amended employment discrimination complaint, denying his motions for reconsideration, and denying various nondispositive motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henneghan v. Smith, No. 1:11-cv-00247-LMB-JFA (E.D. Va. May 3, 2011; May 4, 2011; May 5, 2011; Sept. 1, 2011; Sept. 12, 2011; Sept. 19, 2011; Sept. 30, 2011; Oct. 3, 2011; Oct. 5, 2011). We deny Henneghan's requests for counsel, recusal, and other relief on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED